**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| PAPST LICENSING GMBH & CO. KG, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 6:15-cv-1095-RWS |
| v. | § | |
| | § | LEAD CASE |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

_____

| | | |
|---|---|---|
| | § | |
| PAPST LICENSING GMBH & CO., KG, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 6:15-CV-1100-RWS |
| | § | |
| ZTE CORPORATION AND | § | **JURY TRIAL DEMANDED** |
| ZTE(USA), INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

This matter came before the Court upon the Rule 41 Joint Motion to Dismiss filed by Plaintiff Papst Licensing GmbH & Co., KG ("Papst") and Defendant ZTE (USA), Inc. ("ZTE"). *See* Docket No. 687. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims, answers, affirmative defenses and counterclaims asserted by Papst against ZTE in this action are hereby dismissed with prejudice, subject to the Court's reservation of jurisdiction over the parties to enforce the parties' settlement agreement.  It is further

**ORDERED** that all claims and counterclaims asserted by ZTE against Papst in this action are hereby dismissed with prejudice and all answers and affirmative defenses asserted by

ZTE against Papst in this action are hereby dismissed without prejudice, subject to the Court's

reservation of jurisdiction over the parties to enforce the parties' settlement agreement.  It is

further

ORDERED that Papst and ZTE shall all bear their own costs, expenses and legal fees in

this case.

All other pending motions between Papst and ZTE are hereby DENIED AS MOOT.

The Clerk of the Court is directed to terminate ZTE from the Lead case (6:15-cv-1095).

The Clerk of the Court is further directed to close this case (6:15-cv-1100).

SIGNED this 9th day of January, 2018.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE