AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Eastern District of Texas - Tyler Division__ on the following

☐ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:15-cv-1100 | DATE FILED<br>11/30/2015 | U.S. DISTRICT COURT<br>for the Eastern District of Texas - Tyler Division |
|---|---|---|
| PLAINTIFF<br>PAPST LICENSING GMBH & CO., KG | | DEFENDANT<br>ZTE CORPORATION AND ZTE (USA), INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,473,399 | 10/22/2002 | PAPST LICENSING GMBH & CO., KG |
| 2 | 6,895,449 | 5/17/2005 | PAPST LICENSING GMBH & CO., KG |
| 3 | 8,504,746 | 8/6/2013 | PAPST LICENSING GMBH & CO., KG |
| 4 | 8,966,144 | 2/24/2015 | PAPST LICENSING GMBH & CO., KG |
| 5 | 9,189,437 | 11/17/2015 | PAPST LICENSING GMBH & CO., KG |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ORDER directing the clerk to close this case pursuant to settlement announced in the consolidated lead case, 6:15cv1095. All claims, answers, affirmative defenses and counterclaims asserted by and between Papst and ZTE (USA) are dismissed with prejudice. Signed by District Judge Robert W. Schroeder, III on 1/9/18. |

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>M. Covey | DATE<br>1/10/18 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**